UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DUNN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. C13-5691RSL<br><br>ORDER DENYING REPORT AND<br>RECOMMENDATION AS MOOT |

　　　　This matter comes before the Court on Magistrate Judge Brian A. Tsuchida's Report and Recommendation filed on August 15, 2013, Dkt. # 3.  The plaintiff paid the filing fee of $400.00 on August 21, 2013.

　　　　The Report and Recommendation is therefore DENIED as moot.

　　　　DATED this 22nd day of August, 2013.

　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　United States District Judge

ORDER DENYING REPORT AND RECOMMENDATION AS MOOT