UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
RICHARD DUNN,                           )   No. C13-5691RSL
                                        )
            Plaintiff,                  )
                                        )
      v.                                )   ORDER DENYING REPORT AND
                                        )   RECOMMENDATION AS MOOT
CAROLYN W. COLVIN,                      )
Acting Commissioner of Social Security, )
                                        )
            Defendant.                  )
_____)

This matter comes before the Court on Magistrate Judge Brian A. Tsuchida's Report and Recommendation filed on August 15, 2013, Dkt. # 3.  The plaintiff paid the filing fee of $400.00 on August 21, 2013.

The Report and Recommendation is therefore DENIED as moot.

DATED this 22nd day of August, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING REPORT AND RECOMMENDATION AS MOOT